

PARADISE CRUISE, LTD.

February 4, 2002

Mr. Alan Castle
Acordia
520 Pike Street, 20th Floor
P.O. Box 91143
Seattle, WA 98111-9243


Dear Alan:

I am submitting the following information to support our Trade Disruption Insurance claim pursuant to the September 11, 2001, World Trade Center attacks (the WTC Tragedy). This discussion is separated into 3 sections: Section 1 covers issues associated with the drops in visitor and passenger counts; Section 2 covers issues associated with the business changes required due to increased security measures (primarily access to Pearl Harbor) and Section 3 covers issues and costs associated with additional security measures taken to protect the Company's assets, customers and increased Coast Guard concern related to access to vessels. Please note that there are no other contributing factors to this loss other than the after affects of the WTC Tragedy as you will see in our comparison for the first 8 months of 2001 compared to 2000.


Section 1 – Declines in visitor and passenger counts:

As Hawaii's major source of revenue is the visitor industry, the cancellation of flights into the state was devastating to many visitor related industries (hotels, restaurants, transportation, wholesale distributions, retail, etc.).

The airports, which represent Hawaii's only method of travel into and out of the state, were officially closed from September 12th through the 15th. No visitors arrived or departed during this time. According to the Department of Business, Economic Development and Tourism, in the 10 days prior to the attacks, passenger arrivals to Hawaii were averaging 19,200 per day (13,000 from the U.S. mainland and 6,200 internationally). After the reopening of the airports, average passenger counts were 11,500, down approximately 36% compared to the same period in 2000. This was only a sign of things to come. Peoples fear of flying and airlines reducing flights into Hawaii disrupted trade and cut further into the flow of visitors to the islands.

The largest group affected was the East bound international arrivals. In particular, we lost approximately $25,000 of wedding and charter business just for the period from September 13th through the 22nd.

See attached charter sales analysis as Japanese charters had an increase of 36% for the first 8 months of 2001 compared to the 2000; however, we experienced a loss of 84% from September through December. Since Japanese charters account for over 61% of total charter revenues, the losses due to September 11th are even further exacerbated.

In addition, our passenger count analysis indicates the first 8 months of 2001 were approximately 99% of counts of 2000. We were actually ahead of our budgeted expectations for the Star of Honolulu's operations. However, subsequent to the WTC Tragedy, you can see the significant drop off in comparison to 2000 numbers and as compared to our budgets. This reduction is directly related to the reduced airline traffic into Hawaii.

The economy in Hawaii suffered catastrophically. Drops in the visitor counts to Hawaii resulted in increased unemployment claims in the visitor industry segments (hotels, restaurants, retailers, wholesalers, etc.). Many companies, including Paradise Cruise, Ltd. (PCL), were left with little choice but to layoff non-essential positions. PCL laid off approximately 30% of its employees on September 21, 2001 to prepare for the long-term effects of the WTC Tragedy. This was the first time in the history of our 44 years of existence that we have required to do a Company wide reduction in force (RIF).

As of today, January 2002 indications are there will be no quick answer to our economic issues in Hawaii. Certain carriers, such as Japan Airlines, indicate that they are adding flights back onto their schedules. Our best estimation is that 2002 should not be as problematic as the months subsequent to WTC; however, economic and political uncertainties could easily delay the recovery of the visitor industry in Hawaii.

Section 2: Restrictions on Access (Pearl Harbor)

Another result of the WTC Tragedy was our access into Pearl Harbor was cancelled by the Navy. Due to the restrictions on entry, we were forced to discontinue our daily Oahu Coastal / Pearl Harbor Cruise. Management was proactive and created a plan to market and launch a new Hawaiian Lunch Cruise product to replace the Pearl Harbor Cruise. The theme of the cruise was modified to emphasize Hawaiian culture and crafts (weaving, hula dancing, ukulele lessons, etc.), in addition to updating lunch menus, performances and uniforms. This new Hawaiian Lunch Cruise started operations on January 2, 2002. Access into Pearl Harbor continues to be unavailable to us.

The startup costs for this new product are being accumulated as part of the extra expense portion of the Trade Disruption coverage. New uniforms, music, brochure designs, old unusable brochures, etc., menu creation, advertising, payroll for startup costs are being accumulated.

Section 3: Security measures

We also increased our security measures to guard the piers and aboard our vessels at the behest of the U.S. Coast Guard. During the several weeks after September 11th we maintained gangway guards checking identification to allow only authorized personnel on board. The Star of Honolulu already had onboard camera and we also installed security cameras on the Starlet vessels and a secure steel gate restricting access to the vessels in Kewalo basin.

The labor, equipment and uniform costs related to provide this additional security was accumulated and submitted to you as part of the extra expense portion of the Trade Disruption coverage. Upon review by the Coast Guard, we were praised on the quick action taken to insure the safety of passengers and crew.

Financial analysis:

The Trade Disruption Insurance analyses for 2000 and 2001 basically recap the passenger counts and revenues by category of products being offered on the Star of Honolulu (the only insured vessel under this policy). As our business is seasonal, the 3 weeks are not a good indication of the trend as our previous year. As noted above, the 2000 passenger counts compared to our 2001 budgeted and actual counts were basically identical for the first 8 months of the year. As of September, the passenger counts and revenues significantly dropped. Basically, the total revenues from September 11, 2000 through December 10, 2000 were $6,450,966 versus $2,597,937 for the same period in 2001 or a 60% revenue loss of $3,853,030 and $2,414,495 in gross profit.

Due to the size of the claim and extent of the revenue and gross profit shortfalls, we are requesting to receive an advance on our TDI coverage. Should the process be delayed, the Company will incur increased expenses related to financing costs to supplement its cash flow and operations. Any assistance in expediting this process would be greatly appreciated. If you have any questions, please call me at (808) 983-7721.

Very truly yours,

Paradise Cruise, Ltd.

By _____
Layne H. Wada
Its Vice President – Finance

Copy:
Robert E. Chapman, Esq.



Note: Excluding passengers on flights from Canada

Paradise Cruise, Ltd.
Analysis of Charters

| | 2000 | 2001 | % change | | Summarization of Activity | 2000 | 2001 | % change | % of total 2000 | % of total 2001 |
|---|---|---|---|---|---|---|---|---|---|---|
| Japanese Charters (a) | | | | Japanese total (a) | | | | | | |
| Jan-Aug | 790,364.00 | 978,254.00 | 23.77% | Jan-Aug | | 826,106.00 | 1,122,729.00 | 35.91% | 55.20% | 65.91% |
| Sept-Dec | 517,933.40 | 67,772.00 | -86.91% | Sept-Dec | | 560,920.40 | 90,262.00 | -83.91% | 63.79% | 34.11% |
| | 1,308,297.40 | 1,046,026.00 | -20.05% | | | 1,387,026.40 | 1,212,991.00 | -12.55% | 58.38% | 61.63% |
| Japanese Other (a) | | | | Western & Direct (b) | | | | | | |
| Jan-Aug | 35,742.00 | 144,475.00 | 304.22% | Jan-Aug | | 670,494.99 | 580,796.31 | -13.38% | 44.80% | 34.09% |
| Sept-Dec | 42,987.00 | 22,490.00 | -47.68% | Sept-Dec | | 318,469.53 | 174,341.69 | -45.26% | 36.21% | 65.89% |
| | 78,729.00 | 166,965.00 | 112.08% | | | 988,964.52 | 755,138.00 | -23.64% | 41.62% | 38.37% |
| Western (b) | | | | Total | | | | | | |
| Jan-Aug | 136,097.25 | 279,744.50 | 105.55% | Jan-Aug | | 1,496,600.99 | 1,703,525.31 | 13.83% | 100.00% | 100.00% |
| Sept-Dec | 88,803.00 | 2,115.00 | -97.62% | Sept-Dec | | 879,389.93 | 264,603.69 | -69.91% | 100.00% | 100.00% |
| | 224,900.25 | 281,859.50 | 25.33% | | | 2,375,990.92 | 1,968,129.00 | -17.17% | 100.00% | 100.00% |
| Direct (b) | | | | | | | | | | |
| Jan-Aug | 356,048.30 | 118,238.74 | -66.79% | | | | | | | |
| Sept-Dec | 117,758.50 | 107,118.75 | -9.04% | | | | | | | |
| | 473,806.80 | 225,357.49 | -52.44% | | | | | | | |
| 5 Star Wedding (b) | | | | | | | | | | |
| Jan-Aug | 78,688.79 | 100,167.62 | 27.30% | | | | | | | |
| Sept-Dec | 68,769.76 | 53,225.04 | -22.60% | | | | | | | |
| | 147,458.55 | 153,392.66 | 4.02% | | | | | | | |
| 5 Star Reception (b) | | | | | | | | | | |
| Jan-Aug | 52,142.52 | 57,667.06 | 10.60% | | | | | | | |
| Sept-Dec | 27,067.54 | 5,070.67 | -81.27% | | | | | | | |
| | 79,210.06 | 62,737.73 | -20.80% | | | | | | | |
| 3 Star Reception (b) | | | | | | | | | | |
| Jan-Aug | 41,381.38 | 20,694.89 | -49.99% | | | | | | | |
| Sept-Dec | 16,070.73 | 6,812.23 | -57.61% | | | | | | | |
| | 57,452.11 | 27,507.12 | -52.12% | | | | | | | |
| Educational Charters (b) | | | | | | | | | | |
| Jan-Aug | 6,136.75 | 4,283.50 | -30.20% | | | | | | | |
| Sept-Dec | 0.00 | 0.00 | #DIV/0! | | | | | | | |
| | 6,136.75 | 4,283.50 | -30.20% | | | | | | | |
| Total | | | | | | | | | | |
| Jan-Aug | 1,496,600.99 | 1,703,525.31 | 13.83% | | | | | | | |
| Sept-Dec | 879,389.93 | 264,603.69 | -69.91% | | | | | | | |
| | 2,375,990.92 | 1,968,129.00 | -17.17% | | | | | | | |

Paradise Cruise, Ltd.
Analysis of Passenger Counts

| Total Star | 2000 Act | 2001 Bud | 2001 Act | 00-01 % change | 01 bud vs. act |
|---|---|---|---|---|---|
| Jan-Aug | 255,035 | 251,613 | 252,568 | -0.97% | 100.38% |
| Sept | 30,746 | 28,489 | 15,537 | -49.47% | 54.54% |
| Oct | 33,140 | 29,454 | 15,064 | -54.54% | 51.14% |
| Nov | 32,727 | 30,665 | 11,307 | -65.45% | 36.87% |
| Dec | 26,898 | 15,648 | 8,922 | -66.83% | 57.02% |

| Total Starlets | 2000 Act | 2001 Bud | 2001 Act | 00-01 % change | 01 bud vs. act |
|---|---|---|---|---|---|
| Jan-Aug | 106,479 | 100,982 | 98,335 | -7.65% | 97.38% |
| Sept | 12,322 | 12,577 | 7,974 | -35.29% | 63.40% |
| Oct | 12,761 | 10,245 | 6,677 | -47.68% | 65.17% |
| Nov | 13,107 | 11,000 | 5,275 | -59.75% | 47.95% |
| Dec | 11,101 | 8,695 | 6,563 | -40.88% | 75.48% |

| Total PCL | 2000 Act | 2001 Bud | 2001 Act | 00-01 % change | 01 bud vs. act |
|---|---|---|---|---|---|
| Jan-Aug | 361,514 | 352,595 | 350,903 | -2.94% | 99.52% |
| Sept | 43,068 | 41,066 | 23,511 | -45.41% | 57.25% |
| Oct | 45,901 | 39,699 | 21,741 | -52.64% | 54.76% |
| Nov | 45,834 | 41,665 | 16,582 | -63.82% | 39.80% |
| Dec | 37,999 | 24,343 | 15,485 | -59.25% | 63.61% |

PARADISE CRUISE, LTD.
TRADE DISRUPTION INSURANCE ANALYSIS
Calendar Year 2000

| Pax Count | OCC | Star | 3 Star | 5 Star | Photo | Drinks | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 8/21-8/27 | 1,106 | 1,838 | 3,671 | 387 | 1,537 | | 1,106 | 9,645 |
| 8/28-9/3 | 978 | 1,630 | 3,161 | 391 | 1,457 | | 978 | 8,595 |
| 9/4-9/10 | 1,074 | 1,526 | 3,727 | 444 | 1,640 | | 1,074 | 9,485 |
| | | | | | | | | 0 |
| 9/11-9/17 | 988 | 1,993 | 4,042 | 725 | 1,727 | | 988 | 10,463 |
| 9/18-9/24 | 893 | 1,987 | 3,323 | 534 | 1,556 | | 893 | 9,186 |
| 9/25-10/1 | 1,107 | 2,063 | 3,974 | 502 | 1,667 | | 1,107 | 10,420 |
| 10/2-10/8 | 1,242 | 2,106 | 3,859 | 749 | 1,785 | | 1,242 | 10,983 |
| 10/9-10/15 | 1,116 | 1,986 | 4,185 | 771 | 1,811 | | 1,116 | 10,985 |
| 10/16-10/22 | 888 | 2,374 | 4,092 | 595 | 1,678 | | 888 | 10,515 |
| 10/23-10/29 | 739 | 1,671 | 3,498 | 630 | 1,427 | | 739 | 8,704 |
| 10/30-11/5 | 723 | 1,600 | 3,900 | 720 | 1,254 | | 723 | 8,920 |
| 11/6-11/12 | 1,559 | 1,544 | 3,832 | 670 | 1,891 | | 1,559 | 11,055 |
| 11/13-11/19 | 1,031 | 1,497 | 3,430 | 630 | 1,371 | | 1,031 | 8,990 |
| 11/20-11/26 | 1,885 | 2,070 | 4,075 | 633 | 1,536 | | 1,885 | 12,084 |
| 11/27-12/3 | 1,204 | 1,694 | 4,310 | 710 | 1,722 | | 1,204 | 10,844 |
| 12/4-12/10 | 917 | 1,917 | 3,382 | 562 | 1,510 | | 917 | 9,205 |
| | 14,292 | 24,502 | 49,902 | 8,431 | 20,935 | 0 | 14,292 | 132,354 |

| Revenues | OCC | Star | 3 Star | 5 Star | Photo | Drinks | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 8/21-8/27 | 26,603.73 | 78,567.83 | 254,263.68 | 50,084.11 | 6,280.70 | 8,238.43 | 724.00 | 424,762.48 |
| 8/28-9/3 | 22,837.29 | 76,059.86 | 227,591.05 | 52,804.34 | 6,167.15 | 6,422.50 | 472.00 | 392,354.19 |
| 9/4-9/10 | 25,021.97 | 68,991.52 | 272,054.25 | 55,481.79 | 6,712.40 | 7,972.20 | 469.50 | 436,703.63 |
| 9/11-9/17 | 23,150.86 | 95,019.66 | 295,973.45 | 88,019.62 | 7,225.24 | 11,837.50 | 398.00 | 521,624.33 |
| 9/18-9/24 | 21,502.11 | 94,354.98 | 241,218.59 | 66,388.51 | 6,882.46 | 10,179.25 | 524.75 | 441,050.65 |
| 9/25-10/1 | 25,922.71 | 94,840.37 | 289,814.77 | 66,280.71 | 7,858.55 | 9,720.00 | 390.00 | 494,827.11 |
| 10/2-10/8 | 30,714.35 | 100,743.09 | 285,049.95 | 101,715.65 | 8,231.74 | 9,195.25 | 553.50 | 536,203.53 |
| 10/9-10/15 | 25,386.74 | 92,209.87 | 305,456.80 | 96,928.38 | 7,877.00 | 10,354.31 | 411.50 | 538,624.60 |
| 10/16-10/22 | 21,646.57 | 77,617.95 | 298,429.53 | 74,765.31 | 8,149.28 | 10,123.75 | 244.65 | 490,977.04 |
| 10/23-10/29 | 17,730.20 | 74,175.50 | 253,527.21 | 79,719.68 | 7,443.51 | 8,718.50 | 222.00 | 441,536.60 |
| 10/30-11/5 | 26,445.29 | 77,277.36 | 290,579.22 | 90,322.87 | 6,276.13 | 9,001.52 | 102.50 | 500,004.89 |
| 11/6-11/12 | 54,142.83 | 67,165.82 | 283,895.76 | 85,463.84 | 9,104.17 | 12,417.07 | 302.25 | 512,491.74 |
| 11/13-11/19 | 25,087.22 | 69,484.91 | 255,536.41 | 81,927.49 | 7,273.95 | 6,022.27 | 388.25 | 445,720.50 |
| 11/20-11/26 | 58,542.33 | 97,578.15 | 295,194.24 | 83,988.11 | 8,249.71 | 9,308.00 | 149.50 | 553,010.04 |
| 11/27-12/3 | 29,381.77 | 75,703.29 | 314,986.54 | 91,322.89 | 9,071.01 | 7,626.25 | 339.00 | 528,430.75 |
| 12/4-12/10 | 21,013.66 | 89,270.05 | 249,314.69 | 71,353.44 | 7,648.22 | 7,379.39 | 485.50 | 446,464.95 |
| | 380,666.64 | 1,105,441.00 | 3,658,977.16 | 1,078,196.50 | 101,290.98 | 121,883.06 | 4,511.40 | 6,450,966.74 |

PARADISE CRUISE, LTD.
TRADE DISRUPTION INSURANCE ANALYSIS
Calendar Year 2001

| Pax Count | OCC | Star | 3 Star | 5 Star | Photo | Drinks | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 8/21-8/27 | 1,065 | 1,763 | 2,864 | 307 | 1,338 | | 1,065 | 8,402 |
| 8/28-9/3 | 814 | 1,653 | 2,509 | 343 | 1,196 | | 814 | 7,329 |
| 9/4-9/10 | 772 | 1,877 | 2,838 | 499 | 1,383 | | 772 | 8,141 |
| 9/11-9/17 | 207 | 1,219 | 1,025 | 176 | 552 | | 207 | 3,386 |
| 9/18-9/24 | 0 | 796 | 945 | 206 | 414 | | 0 | 2,361 |
| 9/25-10/1 | 0 | 1,025 | 1,579 | 298 | 613 | | 0 | 3,515 |
| 10/2-10/8 | 0 | 1,210 | 2,624 | 289 | 978 | | 0 | 5,101 |
| 10/9-10/15 | 0 | 1,161 | 2,313 | 613 | 882 | | 0 | 4,969 |
| 10/16-10/22 | 0 | 1,153 | 1,561 | 245 | 713 | | 0 | 3,672 |
| 10/23-10/29 | 0 | 946 | 1,280 | 204 | 563 | | 0 | 2,993 |
| 10/30-11/5 | 141 | 755 | 1,312 | 337 | 477 | | 141 | 3,163 |
| 11/6-11/12 | 0 | 837 | 1,451 | 275 | 567 | | 0 | 3,130 |
| 11/13-11/19 | 0 | 761 | 1,338 | 256 | 501 | | 0 | 2,856 |
| 11/20-11/26 | 0 | 896 | 1,461 | 343 | 510 | | 0 | 3,210 |
| 11/27-12/3 | 0 | 766 | 1,701 | 218 | 574 | | 0 | 3,259 |
| 12/4-12/10 | 0 | 1,199 | 1,312 | 211 | 520 | | 0 | 3,242 |
| | 348 | 12,724 | 19,902 | 3,671 | 7,864 | 0 | 348 | 44,857 |

| Revenues | OCC | Star | 3 Star | 5 Star | Photo | Drinks | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 8/21-8/27 | 25,484.89 | 72,397.18 | 200,755.03 | 38,806.13 | 5,335.22 | 3,987.00 | 453.25 | 347,218.70 |
| 8/28-9/3 | 19,415.55 | 71,756.73 | 181,228.03 | 42,891.30 | 4,662.23 | 4,092.00 | 249.25 | 324,295.09 |
| 9/4-9/10 | 19,172.75 | 85,012.76 | 208,030.35 | 65,912.38 | 5,113.87 | 5,750.00 | 401.75 | 389,393.86 |
| 9/11-9/17 | 4,647.82 | 76,712.96 | 76,989.82 | 23,787.98 | 2,035.44 | 2,396.00 | 63.25 | 186,633.27 |
| 9/18-9/24 | 0.00 | 35,857.49 | 69,579.73 | 25,828.54 | 2,062.08 | 2,595.74 | 0.00 | 135,923.58 |
| 9/25-10/1 | 0.00 | 47,159.81 | 113,599.80 | 36,288.93 | 2,840.73 | 3,364.00 | 0.00 | 203,253.27 |
| 10/2-10/8 | 0.00 | 55,011.54 | 189,442.97 | 40,102.00 | 3,864.35 | 3,845.00 | 0.00 | 292,265.86 |
| 10/9-10/15 | 0.00 | 52,381.38 | 163,499.02 | 75,671.66 | 3,453.99 | 4,249.00 | 0.00 | 299,255.05 |
| 10/16-10/22 | 0.00 | 51,837.96 | 110,370.73 | 29,620.77 | 2,917.21 | 3,863.93 | 0.00 | 198,610.60 |
| 10/23-10/29 | 0.00 | 42,865.38 | 89,834.59 | 26,318.64 | 2,360.56 | 2,900.00 | 0.00 | 164,279.17 |
| 10/30-11/5 | 2,115.00 | 36,744.94 | 94,148.57 | 44,109.12 | 1,967.40 | 2,520.00 | 470.00 | 182,075.03 |
| 11/6-11/12 | 0.00 | 38,637.99 | 101,058.08 | 35,679.05 | 2,232.18 | 2,474.00 | 0.00 | 180,081.30 |
| 11/13-11/19 | 0.00 | 36,249.34 | 96,796.12 | 32,127.88 | 2,125.93 | 2,552.00 | 0.00 | 169,851.27 |
| 11/20-11/26 | 0.00 | 40,822.76 | 107,353.60 | 51,606.50 | 2,146.42 | 2,471.00 | 0.00 | 204,400.28 |
| 11/27-12/3 | 0.00 | 35,707.03 | 119,967.69 | 35,729.96 | 2,627.92 | 4,652.00 | 0.00 | 198,684.60 |
| 12/4-12/10 | 0.00 | 54,770.97 | 96,669.98 | 25,487.50 | 3,267.93 | 2,427.00 | 0.00 | 182,623.38 |
| | 6,762.82 | 604,759.55 | 1,429,310.70 | 482,358.53 | 33,902.15 | 40,309.67 | 533.25 | 2,597,936.67 |

(A)

(A) - OCC cruise was discontinued due to access into Pearl Harbor after 9/11. The 10/30 revenues related to day charters. The OCC cruise will not be offered. Instead, we needed to create a new product to replace this cruise. In the process of accumulating amounts for this effort as part of TDI.

Paradise Cruise, Ltd.
Analysis of Cost of Goods Sold

Cost of Goods Sold
2000

| | OCC | Star | 3 Star | 5 Star |
|---|---|---|---|---|
| Aug | 47.4986% | 42.7844% | 41.7172% | 33.0141% |
| Sept | 51.5431% | 40.2825% | 40.1348% | 31.9230% |
| Oct | 45.4054% | 39.1816% | 39.5515% | 33.3858% |

Cost of Goods Sold
2001

| | OCC | Star | 3 Star | 5 Star |
|---|---|---|---|---|
| Aug | 40.2024% | 40.4793% | 37.7731% | 31.8949% |
| Sept | 46.2179% | 42.2705% | 41.4683% | 43.0376% |
| Oct | 7.3876% | 40.3083% | 34.8007% | 38.1223% |

Gross Profit
2000

| | OCC | Star | 3 Star | 5 Star |
|---|---|---|---|---|
| Aug | 52.5014% | 57.2156% | 58.2828% | 66.9859% |
| Sept | 48.4569% | 59.7175% | 59.8652% | 68.0770% |
| Oct | 54.5946% | 60.8184% | 60.4485% | 66.6142% |

Gross Profit
2001

| | OCC | Star | 3 Star | 5 Star |
|---|---|---|---|---|
| Aug | 59.7976% | 59.5207% | 62.2269% | 68.1051% |
| Sept | 53.7821% | 57.7295% | 58.5317% | 56.9624% |
| Oct | 92.6124% | 59.6917% | 65.1993% | 61.8777% |

Paradise Cruise, Ltd.
Revenue/Gross Profit analysis:

| | OCC | Star | 3 Star | 5 Star | Photo | Other | |
|---|---|---|---|---|---|---|---|
| 2000 9/11-12/10 | 380,656.64 | 1,105,441.00 | 3,658,977.16 | 1,078,196.50 | 101,290.98 | 126,394.46 | 6,450,956.74 (2000 Rev) |
| 2001 9/11-12/10 | 6,762.82 | 604,759.55 | 1,429,310.70 | 482,358.53 | 33,902.15 | 40,309.67 | 2,597,403.42 (2001 Rev) |
| Rev Loss | 373,903.82 | 500,681.45 | 2,229,666.46 | 595,837.97 | 67,388.83 | 86,084.79 | 3,853,563.32 |
| % Loss | 96.22% | 45.29% | 60.94% | 55.26% | 66.53% | 68.11% | 59.74% |
| Lost Gross profit | 212,339.51 | 295,305.02 | 1,382,080.09 | 371,296.87 | 67,388.83 | 86,084.79 | 2,414,495.11 |