ORIGINAL

1  James D. Boughey (HSB No. 6546)
   Jeffrey S. Tachiki (Pro Hac Vice)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  650 California Street, 14th Floor
   San Francisco, California 94108-2718
4  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
5
   Attorneys for Defendant
6  ACORDIA NORTHWEST INC.

7

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2006

at 12 o'clock and 05 min. P M
SUE BEITIA, CLERK

8              UNITED STATES DISTRICT COURT
9                FOR THE DISTRICT OF HAWAII
10

11  PARADISE CRUISE LIMITED,          ) Case No.: CV04 00364 ACK BMK
12         Plaintiff,                  )
                                       ) **ACORDIA NORTHWEST INC.'S
13     v.                              ) JOINDER TO AON RISK SERVICES
                                       ) INC. OF OHIO'S OPPOSITION TO
14  MICHAEL ELSE AND COMPANY           ) PLAINTIFF'S PETITION FOR
    LTD.; GREAT LAKES                  ) DETERMINATION OF GOOD
15  REINSURANCE (UK) PLC, dba          ) FAITH SETTLEMENT**
    TRANSMARINE; LLOYD'S OF            )
16  LONDON; LLOYD'S                    ) Action filed: June 10, 2004
    UNDERWRITERS; ACORDIA              )
17  NORTHWEST, INC; AON RISK           )
    SERVICES, INC. OF OHIO,            )
18                                     )
           Defendants.                 )
19                                     )
    AON RISK SERVICES, INC. OF OHIO,)
20                                     )
           Cross-Complainant,          )
21                                     )
       v.                              )
22                                     )
    MICHAEL ELSE AND COMPANY           )
23  LTD.; GREAT LAKES                  )
    REINSURANCE (UK) PLC, dba          )
24  TRANSMARINE, LLOYD'S OF            )
    LONDON, LLOYD'S                    )
25  UNDERWRITERS, AND ACORDIA          )
    NORTHWEST, INC.                    )
26                                     )
           Cross-Defendants.           )
27                                     )
                                       )
28
                                       1
192416.1

1 | Defendant Acordia Northwest, Inc. hereby joins defendant Aon Risk Services
2 | Inc. of Ohio's Opposition to Plaintiff Paradise Cruise Limited's Application for
3 | Determination of Good Faith Settlement between Plaintiff Paradise Cruise Limited
4 | and Watkins Syndicate.

6 | Dated: January 9, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
James L. Boughey
Jeffrey S. Tachiki
Attorneys for Cross-Defendant
**ACORDIA NORTHWEST, INC.**

192416.1

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 650 California Street, 14th Floor, San Francisco, California 94108. On this date I served the following documents:

**ACORDIA NORTHWEST INC.'S JOINDER TO AON RISK SERVICES INC. OF OHIO'S OPPOSITION TO PLAINTIFF'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

___ : **By First Class Mail** – I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

**XX**: **By Federal Express** – I caused each such envelope to be given to Federal Express at San Francisco, California, to be hand delivered to the office of the addressee within 3 to 4 business days.

___ : **By Facsimile** – The document was sent via facsimile to the facsimile numbers listed below each addressee on this proof of service.

John Myrdal
Elise Owens Thorn
Stanton Clay Chapman Crumpton & Iwamura
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

Jeffrey S. Portnoy
Jportnoy@cades.com
Cades Schutte, Cades Schutte Building
1000 Bishop Street, Suite 1200
P.O. Box 939
Honolulu, Hawaii 96808
Telephone: (808) 521-9200
Facsimile: (808) 521-9210

B. Otis Felder
Bofelder@kayerose.com
Kaye, Rose & Maltzman, LLP
1801 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

192416.1

1  I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the besof my knowledge.

2  Executed January 10, 2006, at San Francisco, California.

_____
Violet Rajkumar

4

192416.1