Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

| | |
|---|---|
| ROBERT E. CHAPMAN | #2679 |
| rchapman@paclawteam.com | |
| JOHN R. MYRDAL | #1269 |
| jmyrdal@paclawteam.com | |
| ELISE OWENS THORN | #5230 |
| ethorn@paclawteam.com | |

700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone No.: (808) 535-8400
Facsimile No.: (808) 535-8444

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 3 2006

at 3 o'clock and 36 min ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PARADISE CRUISE LIMITED, | ) | CIVIL NO. CV04-00364 ACK/BMK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF PARADISE CRUISE |
| | ) | LIMITED'S REPLY |
| vs. | ) | MEMORANDUM IN SUPPORT OF |
| | ) | PARADISE CRUISE LIMITED'S |
| MICHAEL ELSE AND COMPANY | ) | PETITION FOR DETERMINATION |
| LTD.; GREAT LAKES | ) | OF GOOD FAITH SETTLEMENT; |
| REINSURANCE (UK) PLC, dba | ) | DECLARATION OF ELISE OWENS |
| TRANSMARINE; LLOYD'S OF | ) | THORN; EXHIBIT "A"; |
| LONDON; LLOYD'S | ) | CERTIFICATE OF SERVICE |
| UNDERWRITERS; ACORDIA | ) | |
| NORTHWEST, INC.; AON RISK | ) | |
| SERVICES, INC. OF OHIO, | ) | HEARING: |
| | ) | Date:    January 26, 2006 |
| Defendants. | ) | Time:    9:30 a.m. |
| | ) | Judge:   Hon. Barry M. Kurren |

X251485

PLAINTIFF PARADISE CRUISE LIMITED'S
REPLY MEMORANDUM IN SUPPORT OF PARADISE CRUISE LIMITED'S
PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

The two non-settling defendants have opposed plaintiff's petition, on different grounds. Neither defendant has provided a sufficient basis for this court to deny plaintiff's petition.

Acordia's Opposition

Defendant Acordia Northwest, Inc. ("Acordia") opposes the petition on the basis that it does not know the terms of the settlement and that the settlement is filed under seal. Acordia was provided a copy of the settlement agreement with the petition for approval of the settlement agreement. Acordia does have the terms of the settlement. The settlement agreement does not require Acordia to only review the settlement agreement at the court house as it contends. It does, however, prevent the agreement from being filed openly, as a public record.

Aon's Opposition

Defendant Aon Risk Services, Inc. of Ohio ("Aon") opposes the petition for determination of good faith settlement on the grounds that the amount of the settlement is dramatically less than the amount originally claimed as losses by plaintiff in its original demand on the policy (Exhibit A to Aon's opposition) and Aon does not have sufficient facts by which to evaluate the settlement.

2

Aon, along with Acordia was invited to participate in the mediation held in Honolulu between Watkins and Plaintiff. Aon and Acordia both refused to participate in the mediation. Aon knows the amount of the settlement and the amount recoverable by Plaintiff under the insurance policy at issue here. The figures reported by Aon in its opposition are misleading. The $2.4 million figure cited by Aon, as the demand of plaintiff actually, reflects the total losses reported by plaintiff to its carrier, not the amount recoverable under the policy, which is $975,285. Aon received the policy and other documents concerning plaintiff's claim under the policy, through Acordia's initial disclosures. Aon received a copy of the settlement demand plaintiff made to all three defendants for the policy limits of $975,285 in April, 2005. See Exhibit A hereto. Aon is clearly in possession of sufficient facts to appropriately evaluate the legitimacy of the petition. Those facts do not support any finding that the settlement was the product of collusion or anything other than a good faith attempt to resolve the claims short of incurring the costs of additional discovery and conducting an arbitration or trial in London, England.

Plaintiff, Paradise Cruise Limited respectfully requests that this Court grant its petition.

DATED: Honolulu, Hawaii, January 13, 2006.

_____
ROBERT E. CHAPMAN
JOHN R. MYRDAL
ELISE OWENS THORN

Attorneys for Plaintiff
PARADISE CRUISE LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PARADISE CRUISE LIMITED, | ) | CIVIL NO. CV04-00364 ACK/BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL ELSE AND COMPANY LTD.; GREAT LAKES REINSURANCE (UK) PLC, dba TRANSMARINE; LLOYD'S OF LONDON; LLOYD'S UNDERWRITERS; ACORDIA NORTHWEST, INC.; AON RISK SERVICES, INC. OF OHIO, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following parties in the manner described at their following last known addresses:

    James D. Boughey, Esq.    (Facsimile & U.S. Mail)
    Jeffrey Tachiki, Esq.
    Wilson Elser Moskowitz Edelman
        & Dicker LLP
    650 California Street, 14th Floor
    San Francisco, California 94108

    Attorneys for Defendant
    Acordia Northwest, Inc.

Jeffrey S. Portnoy, Esq.   (Hand Delivery)
Stacey Kawasaki Djou, Esq.
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

    Attorneys for Defendant
    AON Risk Services, Inc. of Ohio


Bradley M. Rose, Esq.   (Facsimile & U.S. Mail)
B. Otis Felder, Esq.
Kaye, Rose & Maltzman, LLP
1801 Century Park East, Suite 1500
Los Angeles, California 90067

    Attorneys for Defendant
    WATKINS SYNDICATE


DATED: Honolulu, Hawaii, January 13, 2006.

*/s/ Elise O. Thorn*

ROBERT E. CHAPMAN
JOHN R. MYRDAL
ELISE OWENS THORN

Attorneys for Plaintiff
PARADISE CRUISE LIMITED