IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PARADISE CRUISE LIMITED, ) | CIVIL NO. CV04-00364 ACK/BMK |
| ) | |
| Plaintiff, ) | DECLARATION OF ELISE OWENS |
| ) | THORN; EXHIBIT "A" |
| vs. ) | |
| ) | |
| MICHAEL ELSE AND COMPANY ) | |
| LTD.; GREAT LAKES ) | |
| REINSURANCE (UK) PLC, dba ) | |
| TRANSMARINE; LLOYD'S OF ) | |
| LONDON; LLOYD'S ) | |
| UNDERWRITERS; ACORDIA ) | |
| NORTHWEST, INC.; AON RISK ) | |
| SERVICES, INC. OF OHIO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

x251403

## DECLARATION OF ELISE OWENS THORN

I, ELISE OWENS THORN, declare as follows:

1. I am attorney duly licensed to practice law in the above-entitled court and in that capacity serve as one of the attorneys for plaintiff Paradise Cruise Limited.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated April 7, 2005.

I declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct.

Executed this 13th day of January, 2006, at Honolulu, Hawaii.

_____
ELISE OWENS THORN