ORIGINAL

| ROBERT E. CHAPMAN | #2679 |
| rchapman@paclawteam.com | |
| JOHN R. MYRDAL | #1269 |
| jmyrdal@paclawteam.com | |
| ELISE OWENS THORN | #5230 |
| ethorn@paclawteam.com | |

700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone No.: (808) 535-8400
Facsimile No.: (808) 535-8444

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PARADISE CRUISE LIMITED, | ) | CIVIL NO. CV04-00364 ACK/BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | (Re: Paradise Cruises Limited's (1) Response to Acordia Northwest Inc.'s Interrogatories, Set One to Paradise Cruise Limited Dated September 9, 2005; (2) Response to Acordia Northwest Inc.'s Requests for Production of Documents, Set One, to Paradise Cruise Limited Dated September 9, 2005; and (3) Response to Acordia Northwest Inc.'s Interrogatories, Set Two to Paradise Cruise Limited Dated September 26, 2005 ) |
| MICHAEL ELSE AND COMPANY LTD.; GREAT LAKES REINSURANCE (UK) PLC, dba TRANSMARINE; LLOYD'S OF LONDON; LLOYD'S UNDERWRITERS; ACORDIA NORTHWEST, INC.; AON RISK SERVICES, INC. OF OHIO, | ) | |
| Defendants. | ) | |

268278.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 13, 2006, a copy of Paradise Cruises Limited's (1) Response to Acordia Northwest Inc.'s Interrogatories, Set One to Paradise Cruise Limited Dated September 9, 2005; (2) Response to Acordia Northwest Inc.'s Requests for Production of Documents, Set One, to Paradise Cruise Limited Dated September 9, 2005; and (3) Response to Acordia Northwest Inc.'s Interrogatories, Set Two to Paradise Cruise Limited Dated September 26, 2005 were duly served upon the following in the manner described below:

James D. Boughey, Esq.　　　　(Facsimile & U.S. Mail)
Jeffrey Tachiki, Esq.
Wilson Elser Moskowitz Edelman
　& Dicker LLP
650 California Street, 14th Floor
San Francisco, California 94108

Attorneys for Defendant
Acordia Northwest, Inc.

Jeffrey S. Portnoy, Esq.　　　　(Facsimile & U.S. Mail)
Stacey Kawasaki Djou, Esq.
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Defendant
AON Risk Services, Inc. of Ohio

DATED: Honolulu, Hawaii, January 17, 2006.

_/s/ Elise Owens Thorn_
ROBERT E. CHAPMAN
JOHN R. MYRDAL
ELISE OWENS THORN

Attorneys for Plaintiff
PARADISE CRUISE LIMITED