# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00364ACK-BMK |
| CASE NAME: | Paradise Cruise Limited v. Michael Else and Company, Ltd., et al. |
| ATTYS FOR PLA: | John R. Myrdal |
| ATTYS FOR DEFT: | Jeffrey Tachiki by phone, Jeffrey Portnoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 1/26/2006 | TIME: | 9:28 - 9:51 |

COURT ACTION:  EP: Plaintiff's Notice of Settlement and Petition for Determination of Good Faith Settlement - arguments heard.  Further hearing continued to 4-27-06 @ 10 a.m. before Magistrate Judge Barry M. Kurren.

Rescheduling Conference held.  Court to prepare an amended scheduling order.

1.  Jury trial on January 9, 2007 at 9:00 a.m. before ACK
2.  Final Pretrial Conference on November 28, 2006 at 9:00 a.m. before BMK
3.
4.  Final Pretrial Statement by November 21, 2006
5.  File motions to Join/Add Parties/Amend Pleadings by June 9, 2006
6.  File other Non-Dispositive Motions by October 11, 2006
7.  File Dispositive Motions by August 9, 2006
8a. File Motions in Limine by December 19, 2006
8b. File opposition memo to a Motion in Limine by December 26, 2006
11a. Plaintiff's Expert Witness Disclosures by July 10, 2006
11b. Defendant's Expert Witness Disclosures by August 9, 2006
12. Discovery deadline November 9, 2006
13. Settlement Conference set for May 12, 2006 at 10:00 a.m. before BMK
14. Settlement Conference statements by May 5, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by December 26, 2006
21. File Final witness list by December 19, 2006

24. Exchange Exhibit and Demonstrative aids by December 12, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by December 19, 2006
26. File objections to the Exhibits by December 26, 2006
28a. File Deposition Excerpt Designations by December 19, 2006
28b. File Deposition Counter Designations and Objections by December 26, 2006
29. File Trial Brief by December 26, 2006
30.

Other Matters:   Further hearing on Plaintiff 's Notice of Settlement and Petition for Determination of Good Faith Settlement set for 4-27-06 @ 10 a.m. before Magistrate Judge Barry M. Kurren.


cc: Tammy Kimura


Submitted by Richlyn Young, Courtroom Manager