ORIGINAL

1  James. L. Boughey (HSB No. 6456)
   Jeffrey S. Tachiki (Pro Hac Application Pending)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER, LLP
3  650 California Street, 14th Floor
   San Francisco, California 94108-2718
4  Telephone:  (415) 433-0990
   Facsimile:  (415) 434-1370
5
   Attorneys for Defendant
6  ACORDIA NORTHWEST, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PARADISE CRUISE LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ELSE AND COMPANY LTD.; GREAT LAKES REINSURANCE (UK) PLC, dba TRANSMARINE; LLOYD'S OF LONDON; LLOYD'S UNDERWRITERS; ACORDIA NORTHWEST, INC; AON RISK SERVICES, INC. OF OHIO,<br><br>　　　　Defendants. | Case No.: CV04 00364 ACK BMK<br><br>**CHANGE OF ADDRESS**<br><br>Action filed: June 10, 2004 |
| AON RISK SERVICES, INC. OF OHIO,<br><br>　　　　Cross-Complainant,<br><br>　　v.<br><br>MICHAEL ELSE AND COMPANY LTD.; GREAT LAKES REINSURANCE (UK) PLC, dba TRANSMARINE, LLOYD'S OF LONDON, LLOYD'S UNDERWRITERS, AND ACORDIA NORTHWEST, INC.<br><br>　　　　Cross-Defendants. | |

1
CHANGE OF ADDRESS

194250.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on January 30, 2006, the address for the San Francisco office

3  of Wilson, Elser, Moskowitz, Edelman & Dicker LLP will change to 525 Market Street, 17th Floor,

4  San Francisco, CA 94105-2725. The telephone number and facsimile number will remain the same.

5  Dated: January 20, 2006

6         WILSON, ELSER, MOSKOWITZ, EDELMAN &
7         DICKER LLP

9  By: _____
10  JAMES D. BOUGHEY
11  JEFFREY S. TACHIKI
    Attorneys for Defendant/Cross-Complainant
12  ACORDIA NORTHWEST, INC.

28                2
CHANGE OF ADDRESS

194250.1

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 650 California Street, 14th Floor, San Francisco, California 94108. On this date I served the following documents:

**CHANGE OF ADDRESS**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

     **X** : **By First Class Mail** – I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

     ___ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

     ___ : **By UPS** – I caused each such envelope to be given to UPS at San Francisco, California, to be hand delivered to the office of the addressee within 3 to 4 business days.

     ___ : **By Facsimile** – The document was sent via facsimile to the facsimile numbers listed below each addressee on this proof of service.

| | |
|---|---|
| Robert E. Chapman<br>Rchapman@paclawteam.com<br>Mary Martin<br>Mmartin@paclawteam.com<br>Stanton Clay Chapman Crumpton & Iwamura<br>700 Bishop Street, Suite 2100<br>Honolulu, Hawaii 96813<br>Telephone: (808) 535-8400<br>Facsimile: (808) 535-8444 | Jeffrey S. Portnoy<br>Jportnoy@cades.com<br>Cades Schutte, Cades Schutte Building<br>1000 Bishop Street, Suite 1200<br>P.O. Box 939<br>Honolulu, Hawaii 96808<br>Telephone: (808) 521-9200<br>Facsimile: (808) 521-9210 |
| B. Otis Felder<br>Bofelder@kayerose.com<br>Kaye, Rose & Maltzman, LLP<br>1801 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 551-6555<br>Facsimile: (310) 277-1220 | |

3

CHANGE OF ADDRESS

194250.1

    I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the besof my knowledge.

    Executed January 23, 2006 at San Francisco, California.

_Violet Rajkumar_
Violet Rajkumar

---

4
CHANGE OF ADDRESS

194250.1