IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PARADISE CRUISE LIMITED, ) | CIVIL NO. CV04-00364 ACK/BMK |
| ) | |
| Plaintiff, ) | **CONFIDENTIAL** |
| ) | |
| vs. ) | EXHIBIT "A" TO PLAINTIFF'S |
| ) | NOTICE OF SETTLEMENT WITH |
| MICHAEL ELSE AND COMPANY ) | ACORDIA NORTHWEST, INC. |
| LTD.; GREAT LAKES ) | AND PETITION FOR |
| REINSURANCE (UK) PLC, dba ) | DETERMINATION OF GOOD |
| TRANSMARINE; LLOYD'S OF ) | FAITH SETTLEMENT |
| LONDON; LLOYD'S ) | |
| UNDERWRITERS; ACORDIA ) | |
| NORTHWEST, INC.; AON RISK ) | |
| SERVICES, INC. OF OHIO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CONFIDENTIAL**

EXHIBIT "A" TO PLAINTIFF'S
NOTICE OF SETTLEMENT WITH ACORDIA NORTHWEST, INC.
AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

**THIS DOCUMENT IS BEING SUBMITTED UNDER SEAL, UNDER A SEPARATE COVER.**

Exhibit  A