ROBERT E. CHAPMAN          #2679
rchapman@paclawteam.com
JOHN R. MYRDAL             #1269
jmyrdal@paclawteam.com
ELISE OWENS THORN          #5230
ethorn@paclawteam.com
Clay Chapman Crumpton Iwamura & Pulice
Topa Financial Center
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

Attorneys for Plaintiff
PARADISE CRUISE LIMITED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PARADISE CRUISE LIMITED, | ) | CIVIL NO. CV04-00364 ACK/BMK |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | CONFIRMING GOOD FAITH |
| | ) | SETTLEMENT AS TO PLAINTIFF |
| vs. | ) | AND DEFENDANT ACORDIA |
| | ) | NORTHWEST, INC. |
| MICHAEL ELSE AND COMPANY | ) | |
| LTD.; GREAT LAKES | ) | |
| REINSURANCE (UK) PLC, dba | ) | |
| TRANSMARINE; LLOYD'S OF | ) | |
| LONDON; LLOYD'S | ) | |
| UNDERWRITERS; ACORDIA | ) | |
| NORTHWEST, INC.; AON RISK | ) | |
| SERVICES, INC. OF OHIO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

279969 1

## [PROPOSED] ORDER CONFIRMING GOOD FAITH SETTLEMENT AS TO PLAINTIFF AND DEFENDANT ACORDIA NORTHWEST, INC.

Plaintiff's Petition for Determination of Good Faith Settlement came on for hearing before the Honorable Barry M. Kurren on _____, 2006, at _____ _.m.

The Court, having considered the Petition, together with the Memorandum , Declaration and Exhibit hereto, together with the arguments of counsel and the totality of the circumstances, and otherwise being fully apprised of the premises, determines, finds and concludes as follows:

1.    The Settlement between Plaintiff Paradise Cruise Limited ("Plaintiff") and Defendant Acordia Northwest, Inc.  ("Acordia") was entered in good faith within the meaning of § 663-15.5, Hawaii Revised States (Supp. 2002), amended by 2003 Haw. Sess. Laws, Act 146, §1 ("HRS § 663-15.5"), and there is good cause for such a determination.

2.    Plaintiff has given proper written notice to all known joint tortfeasors and co-obligors in this action, and has otherwise satisfied the notice requirements of HRS § 663-15.5.

3.    The Settlement between Plaintiff and Acordia discharges Acordia from all liability for any contribution to any joint tortfeasor and bars any joint tortfeasor or co-obligor from any further claims against Acordia.

2

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND

DECREED that Plaintiff's Petition for Order Determining Good Faith Settlement

shall be and is hereby GRANTED, and all cross-claims against Acordia are

dismissed with prejudice.

DATED: Honolulu, Hawaii, _____.


_____
BARRY M. KURREN
United States Magistrate Judge


Paradise Cruise Limited v. Michael Else and Company Ltd., et al., Civil No. 04-00364
ACK/BMK; ORDER DETERMINING GOOD FAITH SETTLEMENT AS TO PLAINTIFF
AND ACORDIA NORTHWEST, INC.