ORIGINAL

ROBERT E. CHAPMAN #2679
rchapman@paclawteam.com
JOHN R. MYRDAL #1269
jmyrdal@paclawteam.com
ELISE OWENS THORN #5230
ethorn@paclawteam.com
Clay Chapman Crumpton Iwamura & Pulice
Topa Financial Center
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 6 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED

SEP 05 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PARADISE CRUISE LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ELSE AND COMPANY LTD.; GREAT LAKES REINSURANCE (UK) PLC, dba TRANSMARINE; LLOYD'S OF LONDON; LLOYD'S UNDERWRITERS; ACORDIA NORTHWEST, INC.; AON RISK SERVICES, INC. OF OHIO,<br><br>    Defendants. | CIVIL NO. CV04-00364 ACK/BMK<br><br>EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT "A" TO PLAINTIFF'S NOTICE OF SETTLEMENT WITH ACORDIA NORTHWEST, INC. AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL; DECLARATION OF ELISE OWENS THORN; ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT "A" TO PLAINTIFF'S NOTICE OF SETTLEMENT WITH ACORDIA NORTHWEST, INC. AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL; CERTIFICATE OF SERVICE |

EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT "A"
TO PLAINTIFF'S NOTICE OF SETTLEMENT WITH ACORDIA
NORTHWEST, INC. AND PETITION FOR
DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL

Plaintiff Paradise Cruise Limited ("Plaintiff"), by and through its attorneys, Clay Chapman Crumpton Iwamura & Pulice, hereby moves ex parte for leave to file Exhibit "A" to Plaintiff's Notice of Settlement with Acordia Northwest, Inc. and Petition for Determination of Good Faith Settlement under seal. Exhibit "A" to the petition is a copy of the Confidential Settlement Agreement and Release (hereinafter the "Settlement") between Plaintiff and Defendant Acordia Northwest, Inc. By agreement, the terms of the Settlement are to remain confidential. For this reason, Plaintiff seeks leave of this court to file the petition with Exhibit "A" sealed, only to be reviewed by the Court and the non-settling parties identified in the petition.

This motion is filed pursuant to Rule 7 of the Federal Rules of Civil Procedure, and is supported by the attached declaration and the record and files herein.

DATED: Honolulu, Hawaii, September 5, 2006.

_____
ROBERT E. CHAPMAN
JOHN R. MYRDAL
ELISE OWENS THORN
Attorneys for Plaintiff