ROBERT E. CHAPMAN            #2679
rchapman@paclawteam.com
JOHN R. MYRDAL               #1269
jmyrdal@paclawteam.com
ELISE OWENS THORN            #5230
ethorn@paclawteam.com
Clay Chapman Crumpton Iwamura & Pulice
Topa Financial Center
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone:  (808) 535-8400
Facsimile:  (808) 535-8444

Attorneys for Plaintiff
PARADISE CRUISE LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PARADISE CRUISE LIMITED, | CIVIL NO. CV04-00364 ACK/BMK |
| Plaintiff, | ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT "A" TO PLAINTIFF'S NOTICE OF SETTLEMENT WITH ACORDIA NORTHWEST, INC. AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL |
| vs. | |
| MICHAEL ELSE AND COMPANY LTD.; GREAT LAKES REINSURANCE (UK) PLC, dba TRANSMARINE; LLOYD'S OF LONDON; LLOYD'S UNDERWRITERS; ACORDIA NORTHWEST, INC.; AON RISK SERVICES, INC. OF OHIO, | |
| Defendants. | |

279971_1

ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT "A" TO PLAINTIFF'S NOTICE OF SETTLEMENT WITH ACORDIA NORTHWEST, INC. AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL

Upon review of the Ex Parte Motion for Leave to File Exhibit "A" to Plaintiff's Notice of Settlement with Acordia Northwest, Inc. and Petition for Determination of Good Faith Settlement under Seal, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Ex Parte Motion is granted, and Plaintiff is granted Leave to File Exhibit "A" to Plaintiff's Notice of Settlement with Acordia Northwest, Inc. and Petition for Determination of Good Faith Settlement under seal.

DATED: Honolulu, Hawaii, 9.6.2006.

BARRY M. KURREN
United States Magistrate Judge

Paradise Cruise Limited v. Michael Else and Company Ltd., et al., Civil No. 04-00364 ACK/BMK;EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT "A" TO PLAINTIFF'S NOTICE OF SETTLEMENT WITH ACORDIA NORTHWEST, INC. AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL