CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following parties in the manner described at their following last known addresses:

    JAMES D. BOUGHEY, ESQ.    (Facsimile & U.S. Mail)
    JEFFREY TACHIKI, ESQ.
    Wilson Elser Moskowitz Edelman & Dicker LLP
    650 California Street, 14th Floor
    San Francisco, California 94108

        Attorneys for Defendant
        Acordia Northwest, Inc.

    JEFFREY S. PORTNOY, ESQ.    (Facsimile & U.S. Mail)
    STACEY KAWASAKI DJOU, ESQ.
    Cades Schutte LLP
    1000 Bishop Street, Suite 1200
    Honolulu, Hawaii 96813

        Attorneys for Defendant
        AON Risk Services, Inc. of Ohio

DATED: Honolulu, Hawaii, September 5, 2006.

_____
ROBERT E. CHAPMAN
JOHN R. MYRDAL
ELISE OWENS THORN
Attorneys for Plaintiff