**ORIGINAL**

| | |
|---|---|
| ROBERT E. CHAPMAN  #2679<br>rchapman@paclawteam.com<br>JOHN R. MYRDAL  #1269<br>jmyrdal@paclawteam.com<br>ELISE OWENS THORN  #5230<br>ethorn@paclawteam.com<br>Clay Chapman Crumpton Iwamura & Pulice<br>Topa Financial Center<br>700 Bishop Street, Suite 2100<br>Honolulu, Hawaii 96813<br>Telephone: (808) 535-8400<br>Facsimile: (808) 535-8444 | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>SEP 6 2006<br><br>at 4 o'clock and __ min __ M<br>SUE BEITIA, CLERK<br><br>LODGED<br><br>SEP 05 2006<br>3:59 pm<br><br>CLERK, U.S. DIST...<br>DISTRICT OF HAWAII |

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PARADISE CRUISE LIMITED,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL ELSE AND COMPANY LTD.; GREAT LAKES REINSURANCE (UK) PLC, dba TRANSMARINE; LLOYD'S OF LONDON; LLOYD'S UNDERWRITERS; ACORDIA NORTHWEST, INC.; AON RISK SERVICES, INC. OF OHIO,<br><br>      Defendants. | CIVIL NO. CV04-00364 ACK/BMK<br><br>EXHIBIT "A" TO PLAINTIFF'S NOTICE OF SETTLEMENT WITH ACORDIA NORTHWEST, INC. AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; CERTIFICATE OF SERVICE |



EXHIBIT "A" TO PLAINTIFF'S NOTICE OF SETTLEMENT
WITH ACORDIA NORTHWEST, INC. AND PETITION FOR
DETERMINATION OF GOOD FAITH SETTLEMENT

**THE DOCUMENT CONTAINED HEREIN IS BEING SUBMITTED UNDER SEAL. THIS ENVELOPE SHALL NOT BE OPENED, NOR SHALL THE CONTENTS HEREOF BE DISPLAYED OR REVEALED, EXCEPT BY ORDER OF THIS COURT.**