IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PARADISE CRUISE LIMITED, | ) | CIVIL NO. CV04-00364 ACK/BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL ELSE AND COMPANY | ) | |
| LTD.; GREAT LAKES | ) | |
| REINSURANCE (UK) PLC, dba | ) | |
| TRANSMARINE; LLOYD'S OF | ) | |
| LONDON; LLOYD'S | ) | |
| UNDERWRITERS; ACORDIA | ) | |
| NORTHWEST, INC.; AON RISK | ) | |
| SERVICES, INC. OF OHIO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the

foregoing was duly served upon the following parties in the manner described at

their following last known addresses:

JAMES D. BOUGHEY, ESQ.    (Facsimile & U.S. Mail)
JEFFREY TACHIKI, ESQ.
Wilson Elser Moskowitz Edelman & Dicker LLP
650 California Street, 14th Floor
San Francisco, California 94108

Attorneys for Defendant
Acordia Northwest, Inc.

JEFFREY S. PORTNOY, ESQ.          (Facsimile & U.S. Mail)
STACEY KAWASAKI DJOU, ESQ.
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

    Attorneys for Defendant
    AON Risk Services, Inc. of Ohio

    DATED: Honolulu, Hawaii, September 5, 2006.


_____
    ROBERT E. CHAPMAN
    JOHN R. MYRDAL
    ELISE OWENS THORN
    Attorneys for Plaintiff