# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/04/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00364ACK-BMK

CASE NAME:       Paradise Cruise Limited v. Michael Else and Company, Ltd., et al.

ATTYS FOR PLA:   John R. Myrdal

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Barry M. Kurren           REPORTER:   C6F

DATE:     10/04/2006                TIME:       3:02 - 3:03

COURT ACTION:  EP:  [76] Plaintiff's Notice of Settlement With Acordia Northwest, Inc. and Petition for Determination of Good Faith Settlement - GRANTED.  Order Affirming Good Faith Settlement as to Plaintiff and Defendant Acordia Northwest, Inc. signed and filed.

Submitted by Richlyn Young, Courtroom Manager