IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PARADISE CRUISE LIMITED,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL ELSE AND COMPANY LTD.; GREAT LAKES REINSURANCE (UK) PLC, dba TRANSMARINE; LLOYD'S OF LONDON; LLOYD'S UNDERWRITERS; ACORDIA NORTHWEST, INC.; AON RISK SERVICES, INC. OF OHIO,<br><br>　　　　　Defendants. | Civil No. 04-00364 ACK/BMK<br><br>CERTIFICATE OF SERVICE RE DEFENDANT AON RISK SERVICES, INC. OF OHIO'S FINAL PRE-TRIAL STATEMENT<br><br>Trial Date: January 9, 2007<br>Judge:　Hon. Alan C. Kay |

CERTIFICATE OF SERVICE RE DEFENDANT AON
RISK SERVICES, INC. OF OHIO'S
<u>FINAL PRE-TRIAL STATEMENT</u>

I hereby certify that a copy of DEFENDANT AON RISK

SERVICES, INC. OF OHIO'S FINAL PRE-TRIAL STATEMENT

ImanageDB:679391.1

was served on November 21, 2006 to the following counsel by U.S. mail, postage prepaid at their last-known address:

>Robert E. Chapman, Esq.
>John R. Myrdal, Esq
>Elise Owens Thorn, Esq.
>Clay Chapman Crumpton Iwamura & Pulice
>
>700 Bishop Street, Suite 2100
>Honolulu, Hawaii  96813
>
>Attorneys for Plaintiff  PARADISE CRUISE LIMITED

DATED:  Honolulu, Hawaii, November 21, 2006.

>/S/Christian K. Adams
>JEFFREY S. PORTNOY
>CHRISTIAN K. ADAMS
>Attorneys for Defendant
>Aon Risk Services, Inc. of Ohio