# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00364ACK-BMK

CASE NAME:        Paradise Cruise v. Michael Else and Company

ATTYS FOR PLA:    John R. Myrdal

ATTYS FOR DEFT:   Jeffrey S. Portnoy, Christian K. Adams

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 11/29/2006 | TIME: | 2 - 2:30 |

COURT ACTION:  EP: Settlement Conference held.  Further Settlement Conference on call.  Final Pretrial Conference not held.

Submitted by Richlyn W. Young, courtroom manager