# MINUTES

CASE NUMBER:      CV 04-00364ACK-BMK

CASE NAME:        Paradise Cruise Limited v. Michael Else and Company, Ltd., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Barry M. Kurren         REPORTER:

DATE:     05/09/2007             TIME:

COURT ACTION:   EO: The following orders are set aside:
*[70] Order Granting Plaintiff's Petition For Determination of Good Faith Settlement*, filed 5/1/2006, and *[81] Order Confirming Good Faith Settlement as to Plaintiff and Defendant Acordia Northwest, Inc.*, filed 10/4/2006.

The court will prepare a Findings and Recommendation on these issues.

Submitted by Richlyn Young, Courtroom Manager