IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| **PARADISE CRUISE,** | ) | Civ. No. 04-00364 ACK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **MICHAEL ELSE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that the Clerk administratively terminate this action in her records, without prejudice to the right of the parties or the Court to reopen the proceedings for good cause shown, for the entry of stipulation or order, or for any other purpose required to obtain a final determination of the litigation.  The Court further retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 28, 2007.



_____
Alan C. Kay
Sr. United States District Judge